■ LIZZIE LIVINGSTON, Respondent, v NASSAU HOSPITAL et al., Appellants.—Order of the Supreme Court, Nassau County, dated April 30, 1985, affirmed, with one bill of costs, for reasons stated by Justice Roberto at Special Term. Eiber, J. P., Kunzeman, Kooper and Spatt, JJ., concur.